

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE
## PROBATION OFFICE / PRETRIAL SERVICES AGENCY



**ELLEN J. KRAUSE**
**Chief Probation Officer**

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

April 27, 2005

CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

### MEMORANDUM

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

TO:  **United States District Judge**
     **(Judge to Be Assigned)**

RE:  **DONALD SAVAGE**
     **Dkt. No.: 2:99CR00119-01 (Eastern District of Pennsylvania)**
     **TRANSFER OF JURISDICTION**

CR05-43

The above-noted offender appeared before the Honorable Robert F. Kelly, United States District Judge for the Eastern District of Pennsylvania, on April 24, 2000, to be sentenced on the charges of conspiracy to distribute cocaine base, distribution of cocaine base, distribution of cocaine base within 1000 feet of a school, possession of cocaine base with intent to distribute, possession of cocaine base with intent to distribute within 1000 feet of a school, possession of cocaine base with intent to distribute, possession of cocaine base with intent to distribute within 1000 feet of a school and aiding and abetting subsequent to the defendant entering a guilty plea to the charges. The defendant was sentenced to an eighty-four-month term of imprisonment, to be followed by a ten-year term of supervised release. The defendant commenced his term of supervised release in the District of Delaware, on April 23, 2005.

The Eastern District of Pennsylvania initiated transfer of jurisdiction proceedings. On April 18, 2005, the Honorable Robert F. Kelly signed the Transfer of Jurisdiction, Probation Form 22. This office also recommends that a transfer of jurisdiction is appropriate in this case.

Should Your Honor agree with the transfer of jurisdiction recommendation, please find attached the two original Probation Forms 22 for signature.

This office remains available to discuss any issues regarding this matter with Your Honor.

Respectfully submitted,

Ellen J. Krause, Chief
U. S. Probation Officer

Frank Kurzeknabe
U. S. Probation Officer

Reviewed and Approved:

John Selvaggi
Supervising U.S. Probation Officer

FJK/kak
Enc.