REDACTED

| PROB 22 (Rev. 2/88) | | CASE NUMBER (Tran. Court) 99-119-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CASE NUMBER (Rec. Court) CR05-43 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Donald Savage  Wilmington, DE 19809 | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE **The Honorable Robert F. Kelly** | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/22/05 | TO 4/21/2015 |

OFFENSE

21 U.S.C., § 846, Conspiracy to distribute cocaine base; 21 U.S.C., § 841(a)(1), Distribution of cocaine base; 21 U.S.C., § 860, Distribution of cocaine base within 1000 feet of a school; 21 U.S.C., § 841(a)(1), Possession of cocaine base with intent to distribute; 21 U.S.C., 860, Possession of cocaine base with intent to distribute within 1000 feet of a school; 21 U.S.C., 841(a)(1), Possession of cocaine base with intent to distribute; 21 U.S.C., § 860, Possession of cocaine base with intent to distribute within 1000 feet of a school; and, 18 U.S.C., § 2, Aiding and abetting.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**.

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Delaware (Wilmington Office)** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 18, 2005_
Date

_Robert F. Kelly_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of Delaware (Wilmington Office)**.

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge